In the Matter of Flushing Hospital and Dispensary, Respondent.

Charles H. Campbell et al., Appellants.

L. Gale Hunter et al., Respondents.

Submitted October 13, 1942; decided October 15, 1942.

Motion for reargument and to further amend the remittitur denied. This court has no power to supervise the election which it has ordered, nor can the court, either upon this motion or upon a reargument of the appeal, determine the propriety and validity of the proceedings which the appellants and the respondents have taken since the decision of this court or propose to take in the future. (See 288 N. Y. 125).

In the Matter of Lacidem Realty Corporation, Respondent, against Mark Graves et al., Constituting the State Tax Commission, Appellants.

Submitted October 19, 1942; decided October 22, 1942.

Motion to amend the remittitur denied with ten dollars costs and necessary printing disbursements. (See 288 N. Y. 354.)

The People of the State of New York, Respondent, v. Diana Beck, Appellant.

Submitted October 27, 1942; decided October 27, 1942.

Motion for further amendment of remittitur granted. Return of remittitur requested and when returned it will be amended by striking out the reference to the mandatory order Number 2 issued by the Commissioner of Labor. (See 288 N. Y. 569, 672.)